UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES F. VORHIES,<br><br>                          Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>                          Defendant. | Case No. 3:14-cv-05559-KLS<br><br>ORDER TO SHOW CAUSE REGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS |

This matter comes before the Court on plaintiff's filing of an application to proceed *in forma pauperis* and a complaint to review and set aside a decision of the Social Security Administration under 42 U.S.C. § 405(g).  To file a complaint and initiate legal proceedings plaintiff must pay a Court filing fee of $400.00 or file a proper application to proceed in forma pauperis.

By requesting the court to proceed *in forma pauperis*, plaintiff is asking the government to incur the Court filing fee because she he allegedly is unable to afford the costs necessary to proceed with her his cause of action.  In his application, plaintiff states that during the past 12 months, he has received $10,000.00 in life insurance payments, $7,812.60 in disability payments and $405.00 from other sources, specifically "hobby-trapping." ECF #1, p. 1.  It is unclear from the application, however, whether plaintiff expects to continue receiving payments from any or all of the above payments.  Without that information, the Court is unable at this time to determine whether plaintiff is entitled to *in forma pauperis* status.

ORDER - 1

Accordingly, the Court hereby finds and ORDERS that plaintiff shall seek to cure this deficiency by filing no later than **August 20, 2014**, a written response informing the Court as to whether or not he expects to continue receiving any or all of the above payments and the amount or amounts thereof.  **Failure to cure this deficiency by the above date shall be deemed a failure to properly prosecute this matter, resulting in a recommendation that this matter be dismissed.**

DATED this 21st day of July, 2014.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2