Case 3:14-cv-05559-BHS   Document 4   Filed 08/19/14   Page 1 of 1

1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6

7

8

9

10

11

JAMES F. VORHIES,

                           Plaintiff,

   v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                    Defendant.

Case No. 3:13-cv-05559-KLS

ORDER GRANTING PLAINTIFFS
APPLICATION TO PROCEED IN
FORMA PAUPERIS

12

13

14

15

      Plaintiff's application to proceed *in forma pauperis* (ECF #1) is GRANTED.  Plaintiff

does not appear to have funds available to afford the $400.00 Court filing fee.

      DATED this 19th day of August, 2014.

16

17

18

19

20

21

Karen L. Strombom
United States Magistrate Judge

22

23

24

25

26

ORDER - 1